IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPHINE MARIE CORDOVA,

      Plaintiff,

v.                                                        No. CIV-13-0709 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

      Defendant.

# FINAL ORDER

      **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse or Remand Administrative Agency Decision (Doc. 21)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

      **IT IS SO ORDERED.**

*[signature: Lourdes A. Martinez]*

**THE HONORABLE LOURDES A. MARTINEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**